NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**PARSONS GLOBAL SERVICES, INC.**
**(ON BEHALF OF ODELL INTERNATIONAL, INC.),**
*Appellant,*

v.

**JOHN MCHUGH, SECRETARY OF THE ARMY,**
*Appellee.*

---

2011-1201

---

Appeal from the Armed Services Board of Contract Appeals in no. 56731, Administrative Judge Robert T. Peacock.

---

**ON MOTION**

---

## ORDER

Parsons Global Services, Inc. moves to withdraw John L. Newby II, as of counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 0 3 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: James J. Gallagher, Esq.
John L. Newby, II, Esq.
Stacey Grigsby, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 03 2011

JAN HORBALY
CLERK